UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| KENNETH EDWARD TAN, | No. 2:24-cv-00437-EFB (PC) |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| YUBA COUNTY JAIL, et al., | |
| Defendants. | |

Plaintiff is a former county jail inmate proceeding without counsel this action brought under 42 U.S.C. § 1983. On November 19, 2024, the court directed plaintiff to submit documents to effectuate service of process on defendants within 30 days. ECF No. 20. Plaintiff seeks an extension of time to submit the documents, because he has been homeless since his release and needs time to earn funds to copy his documents. ECF No. 22.

The motion for extension of time (ECF No. 22) is granted, and plaintiff shall submit the documents required by the November 19, 2024 order within 60 days of the date of this order.

So ordered.

Dated: January 10, 2025

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1