1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9   KENNETH EDWARD TAN,                    No.  2:24-cv-00437-EFB (PC)

10                  Plaintiff,

11          v.                             <u>ORDER</u>

12   YUBA COUNTY JAIL, et al.,

13                  Defendants.

14

15          Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights

16   action.  On October 23, 2025, plaintiff filed his fifth request for the appointment of counsel.  The

17   court again finds that plaintiff has failed to show exceptional circumstances warranting the

18   appointment of counsel.

19          Plaintiff also seeks an extension of time "before the initial conference" to submit a motion

20   for judicial notice.  ECF No. 50.  No conference has been set in this case, which is currently

21   awaiting resolution of various motions, including defendants' motion to dismiss (ECF No. 31).

22   The requested extension of time is unnecessary.

23          It is hereby ORDERED that plaintiff's October 23, 2025 motion for appointment of

24   counsel (ECF No. 49) and November 17, 2025 motion for extension of time (ECF No. 50) are

25   DENIED.

26   Dated: December 2, 2025

27                                          EDMUND F. BRENNAN
                                            UNITED STATES MAGISTRATE JUDGE

28

                                            1